The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

January 13, 2021

**Via ECF**
Hon. Anne Y. Shields
100 Federal Plaza
Central Islip, New York 11722

    Re:    2:20-cv-05285 (JS) (AYS)
               Almendares v. 206 Fuel Café, et al.

Dear Judge Shields:

    This office represents Plaintiff. Defendants 206 Fuel Café, S.K.A. Fuel Inc. and Aaron Stancadi have answered the complaint filed in this matter. The remaining Defendant, Vali Bari, has defaulted. Accordingly, Plaintiff requests that the Court order an initial case conference so that the parties can commence discovery in this matter.

                                                          Respectfully

                                                          */s Jacob Aronauer*
                                                          Jacob Aronauer
                                                          *Attorney for Plaintiff*

**Via ECF**
*All attorneys on record*